FILED
November 20, 2007
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0000977338

DONALD W. FITZGERALD, State Bar No. 095348
FELDERSTEIN FITZGERALD
WILLOUGHBY & PASCUZZI LLP
400 Capitol Mall, Suite 1450
Sacramento, CA 95814
Telephone: (916) 329-7400
Facsimile: (916) 329-7435

Attorneys for UI Distribution North America, Inc.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| In re:<br><br>UPRIGHT, INC.,<br><br>Debtor.<br><br>OMNI MANAGEMENT GROUP, LLC f/k/a ROBERT L. BERGER & ASSOCIATES, LLC, PLAN AGENT APPOINTED PURSUANT TO CONFIRMED PLAN OF REORGANIZATION,<br><br>Plaintiff,<br><br>v.<br><br>UPRIGHT, INC.; THE TANFIELD GROUP, PLC; UI DISTRIBUTION NORTH AMERICA, INC.; and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 01-15766-A-11<br><br>Adv. Proc. No. **07-1074-A**<br><br>**STIPULATION TO SET ASIDE DEFAULT**<br><br>[NO HEARING REQUESTED] |

Defendant UI Distribution North America, Inc. ("Defendant UI") and Plaintiff Omni Management Group LLC ("Plaintiff") enter into this Stipulation with reference to the following facts:

1. Plaintiff commenced this adversary proceeding on or about May 7, 2007 by filing

1  of a Complaint that did not name Defendant UI. On August 17, 2007, Plaintiff filed a First
2  Amended Complaint and named Defendant UI as an additional Defendant.

3      2.    On or about August 27, 2007, Plaintiff filed a proof of service stating that the
4  summons, First Amended Complaint, and related documents were served by mail on Defendant
5  UI's President at an address in Fresno, California.

6      3.    Defendant UI did not file a responsive pleading within 30 days of the August 27,
7  2007 mailing of the First Amended Complaint. On Plaintiff's request, the Clerk of the Court
8  entered the default of Defendant UI on November 1, 2007 (the "Default"). No default judgment
9  against Defendant UI has been entered or requested.

10      4.    The President of Defendant now resides in Australia and notice of the filing of the
11  Amended Complaint did not timely reach him.

12      5.    Plaintiff and Defendant UI have agreed that the Default be set aside.

13  **THEREFORE**, Plaintiff and Defendant UI hereby stipulate as follows:

14      1.    The Default entered against Defendant UI on November 1, 2007 shall be vacated
15  and set aside and the Court shall enter an appropriate Order;

16      2.    The time period for Defendant UI Distribution North American to file an answer
17  or otherwise plead is extended up to and including January 18, 2008; and

18      3.    Each party to bear its own fees and costs.

19  Dated: November __, 2007

20                                         FELDERSTEIN FITZGERALD
                                       WILLOUGHBY & PASCUZZI LLP

21

22                            By: _____
                               Donald W. Fitzgerald
                               Attorneys for UI Distribution North America, Inc.

23  Dated: November 19, 2007

24

25                                         HEWITT & O'NEIL LLP

26                            By: _____
27                                 Lawrence J. Hilton
                               Attorneys for Plaintiff

28